## *In re* SIESEL's ESTATE.

*(Surrogate's Court, New York County. October 22, 1888.)*

EXECUTORS AND ADMINISTRATORS—ACCOUNTING—REFERENCE.

  The intermediate account of an administratrix will not be referred, to settle ob-
  jections thereto, where the administratrix opposes the reference on the ground
  that within two months a year since her appointment will have elapsed, after
  which time she can be compelled to render her final account.

On application for a reference to settle objections to the intermediate ac-
count of the administratrix of Simon H. Siesel, deceased.

*Henry Stanton,* for petitioners. *Hays & Greenbaum,* for administratrix.

RANSOM, S. Heretofore, on the application of certain creditors of deceased
and the petitioners herein, the administratrix was required to render an in-
termediate account of her proceedings. To such account objections have
been filed; and now an application is made for the appointment of a referee
to pass upon the account and objections. This is opposed by the administra-
trix on the ground that on November 26, 1888, a year will have expired since
letters were issued to her, and at that time she can be compelled to render her
final account; and, if this intermediate account and objections are sent to a
referee, it will entail an additional, and apparently needless, expense upon
the estate. I think this is a reasonable ground for suspending this motion
until the year has expired, at which time, if no application for the judicial
settlement of her account is made by the administratrix or parties interested,
this motion will be granted.